# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-04343-TWT
## J.M. v. Gibson
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 12/29/2025.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:30 A.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Diane Peede
CSO/DUSM: 1 CSO
DEPUTY CLERK: Jordyn Holder

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Belle-Anne Cooper representing J.M. <br> Matthew Stoddard representing J.M. |
| PROCEEDING CATEGORY: | Motion Hearing(Other Evidentiary Hearing-Contested); |
| MOTIONS RULED ON: | [15]Motion for Default Judgment GRANTED |
| MINUTE TEXT: | Hearing held on the [15] Motion for Default Judgment and for Damages. No representative for the Defendant appeared. The Court heard argument from the Plaintiff's attorney on the motion. Plaintiff's witness, Jessica McQueary, sworn and testified. For the reasons stated on the record, the Court GRANTED the motion and granted compensatory damages in the amount of $10,000,000 and punitive damages in the amount of $30,000,000, for a total amount of $40,000,000. Counsel for plaintiff was directed to prepare and submit a proposed judgment in favor of the Plaintiff and against the Defendant. |
| HEARING STATUS: | Hearing Concluded |