IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.M. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION. |
| | : | |
| v. | : | FILE NO.: 1:22-cv-04343-TWT |
| | : | |
| JOHN MICHAEL HAKEEM GIBSON a/k/a "CASH OUT" | : | |
| | : | |
| Defendant. | : | |

## ORDER OF FINAL JUDGMENT

This is an action seeking damages under the Trafficking Victims Protection Reauthorization Act. It is before the Court on Plaintiff Jessica McQueary's Amended Motion for Default Judgment as to Defendant and for damages. (Doc. 15) Following a hearing, the Court **GRANTED** Plaintiff's Amended Motion for Default Judgment as to Defendant (Doc. 15) in the amount of ten million dollars ($10,000,000.00) in compensatory damages and thirty million dollars ($30,000,000.00) in punitive damages. The Clerk is directed to enter final judgement in favor of Plaintiff Jessica McQueary as to these amounts.

[signature on the following page]

1

**IT IS SO ORDERED** this 6th day of January, 2026.

_____
HON. TIMOTHY W. THRASH, JR.
JUDGE, UNITED STATES DISTRICT COURT