UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.M.<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN MICHAEL HAKEEM GIBSON a/k/a "CASH OUT"<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-04343-TWT |

## DEFAULT JUDGMENT

The defendant, John Michael Hakeem Gibson also known as "Cash Out", having failed to plead or otherwise to defend in this action, and default having been duly entered, and the Court, Honorable Thomas W. Thrash, Jr., United States District Judge, by order of January 6, 2026, having directed that judgment issue in favor of the plaintiff and against the defendant, it is hereby

**Ordered and adjudged** that the plaintiff, J.M., recover from the defendant, John Michael Hakeem Gibson also known as "Cash Out", the amount of $10,000,000.00 in compensatory damages and $30,000,000.00 in punitive damages.

Dated at Atlanta, Georgia this 7th day of January, 2026.

                                                  KEVIN P. WEIMER
                                                  CLERK OF COURT

                              By:    s/Traci Clements Campbell
                                          Deputy Clerk

Prepared, filed, and entered in
the Clerk's Office
January 7, 2026
Kevin P. Weimer
Clerk of Court

By:  s/Traci Clements Campbell
       Deputy Clerk